NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH KIK ACCOUNT WITH:<br><br>**Email: cptkiwi25@gmail.com**<br>**User Name: cptkiwi1**<br><br>THAT IS HEADQUARTERED AT: 1237 7th Street, Santa Monica, CA 90401 A PREMISES CONTROLLED BY KIK, OWNED AND CONTROLLED BY MEDIALAB.AI INC. | Case No. 2:20-mj-00869-VCF<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, respectfully moves this Honorable Court for an Order to Unseal the instant case, specifically the Search Warrant and all related documents, in anticipation of producing the same as discovery in Case No. 2:20-cr-308-JAD-DJA.

**DATED** this 13th day of November 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Bianca R. Pucci*
Bianca R. Pucci
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH KIK ACCOUNT WITH:<br><br>**Email: cptkiwi25@gmail.com**<br>**User Name: cptkiwi1**<br><br>THAT IS HEADQUARTERED AT:<br>1237 7th Street, Santa Monica, CA 90401<br>A PREMISES CONTROLLED BY KIK, OWNED AND CONTROLLED BY MEDIALAB.AI INC. | Case No.   2:20-mj-00869-VCF<br><br>**Order to Unseal Case** |

Based on the pending Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the instant case shall be unsealed.

DATED this 18th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE